FRANK P. RUSSELL, complainant,

v.

RUSSELL-ROBINSON COMPANY, defendant.

[Argued November 24th, 1914.   Decided March 1st, 1915.]

On appeals of Aetna Life Insurance Company from orders of the court of chancery advised by Vice-Chancellor Stevens, upon receipt of the advisory opinion of the supreme court reported in *Russell, Receiver, v. Russell-Robinson Company, 86 N. J. Law 13.*

*Messrs. Collins & Corbin,* for the complainant.

*Messrs. Kalisch & Kalisch,* for the defendant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the advisory opinion of the supreme court, delivered by Mr. Justice Garrison, in response to certain questions certified to that court by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WILLIAMS—11.

*For reversal*—None.